UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MAGIC MOBILE COMMUNICATIONS HOLDINGS, LLC
d/b/a/ BLACK OUT MOBILE,

        Plaintiff,    **AFFIRMATION OF PERSONAL SERVICE**

   v.    Index No.: 18-CV-4651

JAMES WU,

        Defendant.

---

I, SETH L. BERMAN, an attorney duly admitted to practice law before the Courts of the State of New York, declare under penalty of perjury that:

1. Deponent is not a patty herein, is over 18 years of age, and resides in New York State.

2. On August 17, 2018, I personal served a copy of the SUMMONS AND COMPLAINT by delivering a true copy of each to Defendant James Wu at the Courthouse of the United States District Court, Eastern District of New York located at 100 Federal Plaza, Central Islip, New York 11722.

3. Deponent knew the person served to be the person described as said person therein.

Dated: August 20, 2018
   Lake Success, New York

_____
Seth L. Berman